IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CASTORINO,

        Plaintiff,

  v.

TRUE NORTH INVESTMENTS LLC,

        Defendant.

_____/

No. C 11-03872 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: n/a at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 20, 2012.

DESIGNATION OF EXPERTS: n/a; REBUTTAL: n/a.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is n/a.

DISPOSITIVE MOTIONS **SHALL** be filed by March 16, 2012;

    Opp. Due March 30, 2012;  Reply Due April 6, 2012;

     and set for hearing no later than April 20, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 29, 2012 at 3:30 PM.

COURT  TRIAL DATE: June 11, 2012  at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 1-2  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur within the next 30 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

                           _____
                           SUSAN ILLSTON
                           United States District Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28