UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
MICHAEL CASTORINO,           )
                             )
        Plaintiff(s),        )    No. C11-3872 SI (BZ)
                             )
    v.                       )
                             )
TRUE NORTH INVESTMENTS, LLC, )    ORDER RE OVERDUE PAPERS
                             )
        Defendant(s).        )
                             )
```

TO: Defendant and their attorney of record:

On February 8, 2012, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for March 14, 2012. Your statement was due March 7, 2012. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, Defendant and their attorney of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: March 8, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.2012\CASTORINO LATE PAPERS ORDER.wpd

1