UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CASTORINO,<br><br>    Plaintiff(s),<br><br>v.<br><br>TRUE NORTH INVESTMENTS, LLC,<br><br>    Defendant(s). | No. C11-3872 SI (BZ)<br><br>**ORDER SCHEDULING<br>TELEPHONIC CONFERENCE** |

**IT IS ORDERED** as follows:

1. By **5:00 p.m.**, **Friday, March 16, 2012**, each side shall file a letter of no more than **two pages** explaining its position on the issues that prevent consummation of the settlement.

2. The Court will conduct a conference to assist the parties on **Monday, March 19, 2012** at **2:00 p.m.** The parties shall make arrangements and call chambers at **415-522-4093**, at that time.

Dated: March 15, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.2012\castorina telephonic conference call.wpd

1